# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GREGORY ROBERTS,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (DEPARTMENT OF PUBLIC
WELFARE),

        Respondents

: No. 856 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.